**Order entered March 26, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01663-CV

**JERRY BRADLEY, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND CITY OF PLANO, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05058-A**

## ORDER

The Court has before it appellant's March 22, 2013 motion to extend time to file brief.

The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by May 9, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE